# CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, counsel of record for Mark S. Inch and the Florida Department of Corrections certify that, to the best of their knowledge, the following is a complete list of the trial judge(s), all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the case or this appeal, including subsidiaries, conglomerates, affiliates and parent corporations, including any publicly held company that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

Agarwal, Shalini Goel

Burgess, Jerome (a/k/a Sham'la God Allah)

Costello, Andrea

Duke, Samantha C.

Espinosa, Juan

Ferro, Laura A.

Florida Department of Corrections

Florida Justice Institute, Inc.

Florida Legal Services

Gerber, Daniel J.

Graybill, Lisa

Harvard, Jac'Quann (Admire)

Hill, Johnny

J.H., a minor

Inch, Mark

Jones, Christopher M.

Kendrick, James W., Jr.

Knapp, Kelly

Lim, Aimee

Meddler, Angel

Painter, Jennifer

Robinson, Valentine, parent and natural guardian of J.H.

Rumberger, Kirk & Caldwell, P.A.

Saleh, Sumayya

Smith, Nicole Sieb

Southern Poverty Law Center

Stampelos, Charles A.

Thypin-Bermeo, Sam

Trevisani, Dante P.

Walker, Mark. E.

s/ *Daniel J. Gerber*